# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| RANDALL J. KEYSTONE, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:15cv00327 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| DR. B. MULLINS, *et al.*, | ) | By: Norman K. Moon |
|     Defendants. | ) | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** that this action is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A(b)(1), Keystone's motion for injunctive relief (Docket No. 15) is **DENIED**, and this case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and accompanying memorandum opinion to plaintiff.

**ENTER**: This 31st day of March, 2016.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE